UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA LIGHT,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.,<br><br>　　　　　　Defendant. | Case No.:  17cv942-LAB (JMA)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 9) is **GRANTED**.  This action is **DISMISSED WITH PREJUDICE**.  The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

DATED:  November 13, 2017

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge